THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD FLYNN, Appellant.— Application for extension of time within which to perfect appeal. Application granted and time within which to perfect appeal extended for ninety days. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES MORRISON, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Motion for leave to prosecute appeal as a poor person upon typewritten record and brief granted. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

MARY J. L. OWEN, Respondent, v. ROCHESTER-PENFIELD BUS COMPANY, INC., Appellant.— Motion for reargument denied, without costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See ante, p. 5.]

In the Matter of EDGAR T. APPLEBY, as Executor of EDGAR S. APPLEBY, Deceased, Petitioner, against SPENCER E. BATES et al., Constituting the Tax Commission of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See ante, p. 12.]

In the Matter of the Claim of HELEN GROTH, Respondent, against EASTMAN KODAK COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion for reargument or in the alternative for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See ante, p. 729.]

In the Matter of the Claim of IVAN FINKLE, Respondent, against CUSHING STONE COMPANY, INC., et al., Appellants, and THE SPECIAL FUNDS CONSERVATION COMMITTEE, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See ante, p. 250.]

CLAYTON A. RUGG, JR., Appellant, v. STATE OF NEW YORK, Respondent. (Motion No. 1654.) — Motion for leave to appeal to the Court of Appeals granted, without costs, and the court certifies that a question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals, which question is hereby certified as follows: " Did this Court have the power to make the order appealed from?" Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See ante, p. 216.]

JOSEPH WALLACH, Respondent, v. JOSEPHINE WALLACH, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See ante, p. 872.]